# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Cheryl K Brooks | ) | Chapter 13 |
| | ) | Case No. 24 B 04415 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

## NOTICE OF MOTION

Cheryl K Brooks  
7942 S. Essex Ave., Apt. 3  
Chicago, IL  60617  
via U.S. Mail

Debtor Attorney: Cutler & Associates Ltd  
via Clerk's ECF noticing procedures

   PLEASE TAKE NOTICE that on May 29, 2024 at 10:00 am, I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, **either** in Dirksen Federal Building, 219 S. Dearborn St, Courtroom 682, Chicago, IL  60604 **or** electronically as described below, and present this motion of the Standing Trustee to Dismiss this case, a copy of which is attached.

   **Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

   **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

   **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

   **Meeting ID and passcode.** The meeting ID for this hearing is 160 9362 1728 and the passcode is none. The meeting ID and passcode can also be found on the judge's page on the court's web site.

   **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

   By:   /s/ MARILYN O. MARSHALL

## CERTIFICATE OF SERVICE

   I, Marilyn O. Marshall, an attorney, certify under penalty of perjury that I served a copy of this notice and the attached motion on each entity shown above at the address shown and by the method indicated on the list on Thursday, May 16, 2024.

   /s/ MARILYN O. MARSHALL

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL  60604  
(312) 431-1300

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: Cheryl K Brooks | ) | Chapter 13 |
| | ) | Case No. 24 B 04415 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

**Motion to Dismiss Case For Unreasonable Delay**

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 03/27/2024.

2. The debtor(s) have failed to provide an Affidavit of Compliance.

3. The debtor(s) have failed to provide copies of all payment advices or other evidence of payment received within 60 days before the date of filing the petition.

4. The debtor(s) have failed to provide to the Trustee a copy of the Federal income tax return (or transcript thereof) for the four years preceding the filing of the petition.

5. The debtor(s) have failed to begin payments within thirty days of filing the plan as required under 11 U.S.C. §1326(a) (1).

6. The debtor(s) have failed to maintain payments to the Trustee's office as required under 11 U.S.C. §1326.

7. The debtor(s) have failed to attend one scheduled §341(a) meeting of the creditors.

8. The debtor(s) have failed to satisfy the liquidation requirement of §1325(a)(4).

9. The debtor(s) have failed to file a feasible plan. The proposed plan now runs 227 months.

10. Debtor has failed to list all creditors in their schedules.

11. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300